UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ x
                                                       :
LAUNDRY, DRY CLEANING WORKERS :
& ALLIED INDUSTRIES HEALTH            :
FUND, UNITE HERE!, et al.,                 :              **ORDER ADOPTING**
                                                       :       **REPORT AND RECOMMENDATION**
                              Petitioners,      :
                                                       :              08-CV-2771 (DLI)(RLM)
             -against-                         :
                                                       :
JUNG SUN LAUNDRY GROUP CORP.,    :
                                                       :
                              Respondent.    :
------------------------------------------------------ x

**DORA L. IRIZARRY, United States District Judge:**

        No objections to the Report and Recommendation of the Honorable Roanne L. Mann, U.S.M.J., dated February 25, 2009, have been filed.

        Upon due consideration, the Report and the Recommendations contained therein are hereby adopted in its entirety.   Accordingly, it is hereby

        ORDERED that petitioners' motion for default judgment is converted into a motion for summary judgment to confirm the arbitration award; and it is further hereby

        ORDERED that the arbitration award against respondent is confirmed; and it is further hereby

        ORDERED that judgment is entered against respondent for damages and litigation costs in the amount of $30,423.76, plus prejudgment interest at the rate of 18 percent per year and post-judgment interest calculated in accordance with 28 U.S.C. § 1916(a).


Dated: Brooklyn, New York
          March 16, 2009

                                                        /s/
                                            _____
                                                DORA L. IRIZARRY
                                            United States District Judge